■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN LOZANO, Appellant. [688 NYS2d 916] —Appeals by the defendant from (1) a judgment of the Supreme Court, Kings County (Friedman, J.), rendered August 7, 1997, convicting him of murder in the second degree and robbery in the first degree under Indictment No. 8432/96, upon a jury verdict, and (2) a judgment of the same court, rendered September 5, 1997, convicting him of murder in the second degree under Indictment No. 7465/97, upon his plea of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The defendant's waiver of the right to appellate review of his convictions under both indictments was voluntary, knowing, and intelligent (see, *People v Muniz,* 91 NY2d 570; *People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Moreover, the defendant knew and understood the terms of the plea of guilty and willingly accepted them (see, *People v Seaberg, supra*). Accordingly, review of the issues raised by the defendant on these appeals is precluded. O'Brien, J. P., Goldstein, Luciano and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MOORE, Appellant. [689 NYS2d 402] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered July 23, 1997, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress his statements to law enforcement officials.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions on appeal, the hearing court properly determined that the police had reasonable suspicion to stop and detain him pending a prompt showup identification (see, CPL 140.50 [1]; *People v Martinez,* 80 NY2d 444; *People v Duuvon,* 77 NY2d 541). Thus, suppression of his statements to law enforcement officials was properly denied.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Goldstein, Luciano and Schmidt, JJ., concur.